## STANBROUGH, Curator *v.* M'CALL.

Decision in *Stanbrough* v. *M' Call*, *ante* p. 324, as to prescription, affirmed.

APPEAL from the District Court of Madison, *Selby*, J. *Bemiss*, for the
plaintiff. *Thomas*, *Snyder*, *Stockton* and *Steel*, for the defendant and third
opponent, appellant. The judgment of the court* was pronounced by

SLIDELL, J. The plaintiff obtained, in July, 1846, an order of seizure and
sale upon the two last of the three notes mentioned in the case of *Josiah Stan-
brough* against *M' Call*, *ante* p. 324. These notes fell due in 1843 and 1844.
In August, 1846, *Stockton* enjoined the execution of the order of seizure and
sale, alleging ownership of the entire series of notes, by assignment from *Collier*.
In October, 1846, judgment was rendered dissolving the injunction; and from
that judgment *Stockton* took a suspensive appeal to this court, whose decree,
affirming the injunction, became final in 1848. See 3 An. p. 390. It does not
appear that the decree of the Supreme Court has yet been recorded in the court
below.

In April, 1848, while the execution of the order of seizure and sale was thus
suspended by the action of *Stockton*, he interposed a new obstacle to the prose-

---

*This opinion was delivered in March; but as it refers to the case of *Josiah Stanbrough* v.
*M' Call*, *ante* p. 324, which was suspended by a re-hearing, and in which a second opinion
was pronounced at this date, the present case has been deferred until that of *Josiah Stan-
brough* could be reached in order of time.                                          R.

STANBROUGH
*v.*
M'CALL.

cation of the plaintiff's proceedings, alleging, as a third opponent, that he had bought the mortgaged premises, in 1847, from *Compton*, who had bought them from *M'Call*, the mortgagor; that the two first of the three notes were extinguished by prescription; and that the hypothecary right of the plaintiff had ceased to exist. For a more minute recital of the facts we refer to the case above mentioned, *ante* p. 324. There was judgment upon the third opposition in favor of the plaintiff, and *Stockton* has appealed.

For the reasons assigned in the case of *Josiah Stanbrough* v. *M'Call*, we are of opinion that the prescription, which was not complete when the order of seizure and sale was obtained, was suspended during the judicial restraint provoked by *Stockton* himself.

*Judgment affirmed.*

